No. 161. SUROWITZ v. HILTON HOTELS CORP. ET AL., 383 U. S. 363. Petition for rehearing denied. THE CHIEF JUSTICE and MR. JUSTICE FORTAS took no part in the consideration or decision of this petition.

APRIL 25, 1966.

No. 1419, Misc. FRANKLIN v. PENNSYLVANIA. Motion for leave to file petition for writ of certiorari denied.

No. 1038, Misc. HYMES v. DUNBAR, CORRECTIONS DIRECTOR. Motion for leave to file petition for writ of habeas corpus denied. Petitioner *pro se.* *Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant Attorney General, and *Robert R. Granucci,* Deputy Attorney General, for respondent.

No. 1427, Misc. CURTIS v. DISTRICT COURT OF IOWA, IN AND FOR LEE COUNTY. Motion for leave to file petition for writ of habeas corpus denied.

No. 1414, Misc. SAYLES v. UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT. Motion for leave to file petition for writ of mandamus denied.

No. 844, Misc. DAVIS v. CECIL, CHIEF JUDGE, U. S. COURT OF APPEALS. In light of the representations of the Attorney General of Michigan that a copy of the transcript of the United States District Court has been furnished the petitioner, and it appearing from the papers on file that the petitioner has received the relief he sought, the motion for leave to file a petition for a writ of mandamus is denied. Petitioner *pro se.* *Frank J. Kelley,* Attorney General of Michigan, *Robert A. Derengoski,* Solicitor General, and *Geo. E. Mason,* Assistant Attorney General, for respondent.